UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00322-ODW(MRWx) | Date | July 27, 2012 |
|---|---|---|---|
| Title | Xerox Corporation v. U Build A Book LLC | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sheila English | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:**      ( In Chambers):     Order to Show Cause re Case Settlement

　　　The Court is in receipt of a Notice of Settlement [22] filed July 5, 2012.  The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, September 10, 2012 at 1:30 p.m.**

　　　The OSC hearing will be vacated upon the filing of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | SE |